JACQUELYNE M. NGUYEN, Bar No. 249658
KSENIYA Y. STUPAK, Bar No. 309783
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
Email: Kseniya@ jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOE B. WOOTEN, AKA JOE WOOTEN,<br><br>                    Defendant | No. 8:16cv 01977 CJC(JCGX)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Joe B. Wooten, aka Joe Wooten, in the principal amount of $12,118.71 plus interest accrued to October 31, 2016, in the sum of $16,226.74; with interest accruing thereafter at 8.00% per year until entry of judgment, for a total amount of **$28,345.45**.

DATED: November 23, 2016           By: __KIRY K. GRAY__
                                        Clerk of the Court
                                        Melissa Kunig
                                        Deputy Clerk
                                   United States District Court

Page 5